AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PHIYEN LESSOR,

           Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5072-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant is awarded judgment on all of Plaintiff's claims pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on January 19, 2011, Ct. Rec. 40.

01/19/2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas