UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHIYEN LESSOR,<br><br>                    Plaintiff,<br><br>     v.<br><br>JC PENNEY CORP, INC.,<br><br>                    Defendant. | NO:  09-CV-5072-TOR<br><br>ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL |

    Before the Court is the parties' Stipulation and Order of Dismissal (ECF No. 61). The parties stipulated that this matter should be dismissed with prejudice.

    **Accordingly, IT IS HEREBY ORDERED**:

    The parties' Stipulation and Order of Dismissal (ECF No. 61) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice.

///

///

ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL ~ 1

1   The District Court Executive is hereby directed to enter this Order, furnish

2   copies to counsel, and **CLOSE** the file.

3   **DATED** this 11th day of January, 2013.

4   *s/ Thomas O. Rice*

5   THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL ~ 2